# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                       )

                            )

                            )     Bankruptcy No. _____

                            )

             Debtor.    )     Chapter        _____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:

From    _____, _____    through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:    $_____

This is an:     Interim Application _____      Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____      _____

                                                (Counsel)

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-04964 |
| Fulton Market Cold Storage Company, L.L.C., | ) | |
| | ) | Hon.  Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | **Date: January 23, 2020** |
| _____ | ) | **Time: 10:00 a.m.** |

### NOTICE OF FIRST INTERIM APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES

PLEASE TAKE NOTICE that on **January 23, 2020**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable  Jack B. Schmetterer, or any judge sitting in his stead, in Courtroom 682, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Motion for Allowance of Compensation and Expenses of Alan D. Lasko & Associates, P.C.** at which time and place you may appear as you see fit.

Dated: January 2, 2020

**N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of Fulton Market Cold Storage Company, L.L.C.**

By: ____*/s/ N. Neville Reid*_____
Fox Swibel Levin & Carroll LLP,
As General Bankruptcy Counsel to
the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Brian J. Wilson (ARDC #6294099)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, Neville Reid, certify that on January 2, 2020, I caused a copy of the foregoing **Motion for First Interim Application of Alan D. Lasko & Associates, P.C. Allowance of Compensation and Expenses,** to be filed electronically and to be served upon all parties listed on the attached Service List electronically through the Court's ECF filing system or email or via first-class postage-prepaid mail, as indicated.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Party to receive notice electronically via CM/ECF:**

Patrick S Layng, U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

JOHN M HOLOWACH, Counsel to the Debtor
jholowach@jmhlegalgroup.com

Jordan Litwin, Counsel to the Debtor
Jordan@litwinlawfirm.com

Monette W Cope, Counsel to TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.
ecfnil@weltman.com

Michael K Desmond, Counsel to Creditor 6800 Santa Fe LLC
mdesmond@fslegal.com, dorisbay@fslegal.com

John A Lipinsky and Timothy M McLean, Counsel to Creditor Chill LL, LLC
lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com; matthiscyk@ccmlawyer.com;
mclean@ccmlawyer.com, farrington@ccmlawyer.com

Anthony E Napoli, Counsel to Creditor Central States Pension Fund
tnapoli@centralstatesfunds.org

Patrick N. Ryan, Counsel to Creditor Miscellaneous Warehousemen's Local 781 Health & Welfare Fund
pryan@baumsigman.com, dfarrell@baumsigman.com

Miriam R. Stein Counsel to Creditor c/o Miriam R. Stein MB Financial Bank, N.A.
mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com

**Party to receive notice via email**:

Cornelius P. Brown, Counsel to Amit, Nehemiah and Itai Hasak
nbrown@cohonraizes.com

Sandra Zaremba

sandyzaremba@yahoo.com

John A Lipinsky and Timothy M McLean, Counsel to WB Lyons Cold Storage, LLC

lipinsky@ccmlawyer.com; mclean@ccmlawyer.com

Alan D. Lasko & Associates, P.C.

alasko@adlassoc.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

Amit Hasak
2115 West Charleston St.
Chicago, IL 60647

Nehemiah Hasak
625 Sumac
Highland Park, IL 60035

Miller Cooper & Co. Ltd.
2 N. Riverside Plaza
Chicago, IL 60606

Cliff Larson
233 S. Wacker Drive, 84th Floor
Chicago, IL 60606

Chicago Title Land Trust Company
10 South LaSalle Street
Chicago, IL 60602

Dykema Gossett PLLC
Attention: Maria A. Diakoumakis
10 South Wacker Drive, Suite 2300
Chicago, IL  60606

Allergy and Asthma Associates
Attn: Salmon S. Goldberg, M.D.
500 Skokie Blvd., Suite 140
Northbrook, IL 60062

2

Department of Treasury-Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

USB Leasing LT
c/o U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-522

Toyota Industries Commercial Finance, Inc.
c/o Weltman, Weinberg & Reis Co. LPA
323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113

Office of the U.S. Trustee (ADMINISTRATIVE)
219 S. Dearborn St. Rm 873
Chicago, IL 60604

Innovative Packaging, Inc.
1851 Hicks Road, Suite C
Rolling Meadows, IL 60008

Integrity Trade Services, LLC
10055 W. Lincoln Hwy
Frankfort, IL 60423

Central States, Southeast & Southwest (ADMINISTRATIVE)
Areas Pension Fund
c/o Andrew Sprau
9377 West Higgins Road
Rosemont, IL 60018

BB&T Commercial Equipment Capital
Finance-Susquehanna
Branch Banking & Trust Company
PO Box 1847--00-50-01-51
Wilson, NC 27894-1847

6800 Santa Fe LLC
c/o Michael K Desmond
10 S LaSalle St., Suite 3600
Chicago IL 60603

International Brotherhood of Teamsters, Local 781
c/o Baum Sigman Auerbach & Neuman, Ltd.

3850413 v1 - 06800 / 002

200 W. Adams St., Ste. 2200
Chicago, IL 60606


Miscellaneous Warehousemen's Local 781
Health & Welfare Fund
Patrick N Ryan
200 W. Adams Street, Suite 2200
Chicago, IL 60606

Joseph Steven Tucker
Joseph Tucker
15229 Sequoia St
Oak Forest Il 60452

Chill LL, LLC
c/o Clingen Callow & McLean, LLC/ Tim Mc
2300 Cabot Drive, Ste. 500
Lisle, IL 60532

HB Lyons Cold Storage, LLC
as successor to WB Lyons Cold Storage, L
c/o Clingen Callow & McLean/ Tim McLean
2300 Cabot Dr., Ste 500
Lisle, IL 60532

Manuel Ortiz
5304 South Artesian Avenue
Chicago, IL 60632-1529

AJC International Inc.
1000 Abernathy Road Suite 600
Atlanta, GA 30328

Robert Evener
224 Michigan St
Porter, IN 46304

Peter M Hawryluk
3951 N Pacific
Chicago IL 60634

Illinois Department of Revenue (Administrative)
Bankruptcy Unit
PO BOX 19035
Springfield IL 62794-9035

4

3850413 v1 - 06800 / 002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Fulton Market Cold Storage** | ) | **No. 18 B 04964** |
| **Company, L.L.C.** | ) | |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Jack B. Schmetterer** |

## FIRST INTERIM APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## <u>FOR ALLOWANCE OF COMPENSATION AND EXPENSES</u>

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request first interim compensation of $12,416.50 for the time period from

June 17, 2018 through December 12, 2018.   A detail is provided herein for the Estate, which

identifies by subject matter the services performed by the Applicant.   Additional detail is

provided to reflect the function and individual performing said services.  Lastly, each individual's

classification and hourly rate is also reflected.   In addition, attached is the Affidavit pursuant to

Bankruptcy Rule 2016.


## <u>INTRODUCTION</u>


This Court has jurisdiction over this First Interim Fee Application pursuant to 28 U.S.C. § 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).   Venue is proper

pursuant to 28 U.S.C. §§ 1408 and 1409.

## FULTON MARKET COLD STORAGE COMPANY, L.L.C.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## **GENERAL**

The Debtor filed a petition under Chapter 11 on or about February 23, 2018. The case converted to one under Chapter 7 on May 3, 2018. A Trustee was subsequently appointed. On June 17, 2018, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for working with the Trustee who had initially requested that the Lasko Firm provide the Trustee with an analysis of all transfers made by the Debtor during the four years prior to the petition date and through the present. To the extent any potentially avoidable transfers are identified, the Trustee may request that the Lasko Firm assist the Trustee with related analysis (e.g., solvency, etc.), litigation, including discovery, preparation for trial, settlement negotiations and acting as an expert witness.

2

**FULTON MARKET COLD STORAGE COMPANY, L.L.C.**

To facilitate the abovementioned items, our Firm received:


- 15 QuickBooks' Working Files
- 4 Different Companies
- 9 QuickBooks' Backup Files
- 2 Different Companies
- 3 QuickBooks' Sample Files
- Federal Partnership Income Tax Returns – 2014, 2015, and 2016 of Fulton Market Cold
- Storage
- Illinois Partnership Income Tax Returns – 2014, 2015, and 2016 of Fulton Market Cold Storage
- MB Financial Bank Business Checking Account – 7790 December 31, 2013 through May 31, 2018 for Fulton Market Cold Storage
- Cole Taylor/MB Financial Bank Money Market Account – 8920 July 31, 2014 through March 31, 2018 for Fulton Market Cold Storage
- Cole Taylor/MB Financial Bank Money Market Account – 3001 July 31, 2014 through March 31, 2018 for Fulton Market Cold Storage
- Fulton Market Cold Storage's Bankruptcy Filings – Forms 201, 206, and 207 with Associated Schedules


The above documents and files were worked with within each of the categories of work that follow.

## FEE APPLICATION

The fees sought by this First Interim Fee Application reflect an aggregate of 86.2 hours of ADLPC's time spent and recorded in performing services during the First Interim Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

3849879 v2 - 06800 / 013

## FULTON MARKET COLD STORAGE COMPANY, L.L.C.

All of the services for which first interim compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADLPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## **BREAKDOWN BY CATEGORIES**

The categories in this Application as listed below:

## **BILLING**

The Applicant has incurred 2.5 hours in the preparation of this fee Application.

Cost                    $256.50

3849879 v2 - 06800 / 013

## FULTON MARKET COLD STORAGE COMPANY, L.L.C.

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.4 | $   300.00 | $   120.00 |
| C. Wilson, Staff | 2.1 | 65.00 | 136.50 |
|  | 2.5 |  | $   256.50 |

## 90-DAY DISBURSEMENT REVIEW

The Applicant incurred 37.2 hours in the review of disbursements for the period from November 25, 2017 through February 22, 2018.  The work included but was not limited to the following:

- Review of the QuickBooks file of the Debtor.
- Selected disbursements with a scope of over $5,000 to review.
- Traced disbursements to the bank statements of the Debtor noting clear date.
- Segregated disbursements by vendors and summarized for the 90-day period.
- Conversations with Trustee's counsel noting items and review of data.

     Cost        <u>$4,942.80</u>

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| K. Seyller, Accounting Supervisor | 14.1 | $   190.00 | $   2,679.00 |
| D. Stefanczuk, Staff | 23.1 | 98.00 | 2,263.80 |
|  | 37.2 |  | $   4,942.80 |

## INSIDER DISBURSEMENT REVIEW

The Applicant incurred 9.8 hours in the review of insider disbursements for the 4-year period from February 23, 2014 through February 22, 2018.  The work included but was not limited to the following:

- Review of the QuickBooks file of the Debtor.
- Selected disbursements with a scope of over $10,000 to review.

5

3849879 v2 - 06800 / 013

**FULTON MARKET COLD STORAGE COMPANY, L.L.C.**

- Traced disbursements to the bank statements of the Debtor noting clear date.
- Segregated disbursements by insider and summarized.
- Conversations with Trustee's counsel noting items and review of data.
- Reviewed bankruptcy schedules as needed for insiders.

      Cost                     __$2,345.00__

A recap of compensation for this category is as follows:

| | Hours | Rate | Amount |
|---|---|---|---|
| M. Witek, Director | 4.6 | $ 295.00 | $ 1,357.00 |
| K. Seyller, Accounting Supervisor | 5.2 | 190.00 | 988.00 |
| | 9.8 | | $ 2,345.00 |

## DISBURSEMENT REVIEW

The Applicant incurred 36.7 hours in the review of disbursements for the 4-year period from February 23, 2014 through February 22, 2018. The work included but was not limited to the following:

- Review of the QuickBooks file of the Debtor.
- Selected disbursements with a scope of over $10,000 to review.
- Traced disbursements to the bank statements of the Debtor noting clear date.
- Segregated disbursements by insider and summarized.
- Conversations with Trustee's counsel noting items and review of data.

      Cost                     __$4,872.20__

A recap of compensation for this category is as follows:

3849879 v2 - 06800 / 013

**FULTON MARKET COLD STORAGE COMPANY, L.L.C.**

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.6 | $ 300.00 | $ 480.00 |
| K. Seyller, Accounting Supervisor | 10.6 | 190.00 | 2,014.00 |
| D. Stefanczuk, Staff | 16.9 | 98.00 | 1,656.20 |
| M. Ross, Staff | 7.6 | 95.00 | 722.00 |
|  | 36.7 |  | $ 4,872.20 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $290 | - | $300 |
| Manager/Director | 260 | - | 300 |
| Supervisors | 190 | - | 290 |
| Senior | 140 | - | 190 |
| Assistant | 65 | - | 140 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first interim fee period are as follows:

3849879 v2 - 06800 / 013

# FULTON MARKET COLD STORAGE COMPANY, L.L.C.

| Recap by Project | First Interim Application |
|---|---|
| Billing | $ 256.50 |
| 90-Day Disbursement Review | 4,942.80 |
| Insider Disbursement Review | 2,345.00 |
| Disbursement Review | 4,872.20 |
| Net Request | $ 12,416.50 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 2.5 | $ 256.50 | $ 102.60 |
| 90-Day Disbursement Review | 37.2 | 4,942.80 | $ 132.87 |
| Insider Disbursement Review | 9.8 | 2,345.00 | $ 239.29 |
| Disbursement Review | 36.7 | 4,872.20 | $ 132.76 |
| | 86.2 | $ 12,416.50 | $ 144.04 |

3849879 v2 - 06800 / 013

FULTON MARKET COLD STORAGE COMPANY, L.L.C.

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

$ -

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

9

**FULTON MARKET COLD STORAGE COMPANY, L.L.C.**

In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.

(A)   the time spent on such services;

(B)   the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

(E)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First Interim Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity,

3849879 v2 - 06800 / 013

FULTON MARKET COLD STORAGE COMPANY, L.L.C.

importance, and nature of the issues involved.  As shown by this First Interim Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.  In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the First Interim compensation sought herein for the Compensation Period is warranted.

**NOTICE**

Notice of this Application has been sent to all creditors who filed proofs of claim in this case. Pursuant to Federal Rule of Bankruptcy Procedure 2002(h), the Applicant requests that no further notice of this Application be required and submits that such notice to those who filed claims is sufficient, insofar as only those persons who filed claims in the case will be able to participate in distributions herein.

**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate.  Therefore, the requested first interim compensation of $12,416.50 should be allowed for services by your Applicant for the period June 14, 2018 through December 12, 2018.

_____/s/ Alan D. Lasko_____
Alan D. Lasko

Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

3849879 v2 - 06800 / 013

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Fulton Market Cold Storage** | ) | No. 18 B 04964 |
| **Company, L.L.C.** | ) | |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Jack B. Schmetterer** |

**AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016**

STATE OF ILLINOIS)
              )        **SS.**
COUNTY OF COOK )

    I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.    I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for N. Neville Reid, Chapter 7 Trustee in this case ("Trustee").

2.    I have read the First Interim Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

                                  _____
                                    Alan D. Lasko

Subscribed and Sworn to before me
this _____ day of December, 2018.

_____
Notary Public

```
OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/10/20
```

11

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | ) | BK No.:  18-04964 |
| | ) | |
| Fulton Market Cold Storage | ) | Chapter: 7 |
| Company, L.L.C., | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

ORDER GRANTING AMENDED APPLICATION TO EMPLOY
ALAN D. LASKO & ASSOCIATES, P.C., AS FINANCIAL ADVISOR RETROACTIVE TO
JUNE 5, 2018

Upon consideration of the Application of N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Fulton Market Cold Storage Company, L.L.C. (the "Debtor"), to employ Alan D. Lasko & Associates, P.C. (the "Lasko Firm") as Financial Advisor Retroactive to June 5, 2018 (the "Application") and the Affidavit of Alan D. Lasko attached to and in support of the Application (the "Affidavit of Accountant"); this Court being fully advised; appropriate notice and opportunity for a hearing on the Application having been given; it appearing that the Lasko Firm does not represent or hold any interest adverse to the Trustee or the Debtor or to the Estate with respect to the matters upon which Lasko Firm is to be employed; it appearing that the relief requested in the Application is in the best interests of the Debtor, the Estate, creditors, and other parties in interest; this proceeding constituting a core proceeding pursuant to 28 U.S.C. § 157(b); and this Order constituting a final order pursuant to 28 U.S.C. § 158(a),

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED in its entirety.

2. The Trustee is hereby authorized to employ Lasko Firm as Financial Advisor to June 5, 2018.

3. The Lasko Firm shall be compensated in accordance with the terms of the Application, subject to the procedures set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and any orders of this Court.

Enter:   *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  June 14, 2018

Prepared by:

Ryan T. Schultz (ARDC #6288585)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201
General Bankruptcy Counsel to the Trustee

**EXHIBIT B**

**PERSONNEL**

## FULTON MARKET COLD STORAGE COMPANY, L.L.C.

The following represents a description of the primary individuals in this engagement.

### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 32 years. He brings his 42 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

### Monika Witek, MBA, CDBV – Director

Ms. Witek has 14 years of experience in dispute advisory services including, but not limited to, litigation support, forensic accounting and valuation. Ms. Witek has previously worked as a Senior Manager for a regional accounting firm in its Dispute Advisory Group and as a consultant to a company in its litigation and valuation group, as well as several other firms. Ms. Witek has her MBA from the Kellstadt Graduate School of Business from DePaul University in Chicago. Ms. Witek has her Undergraduate Degree in Finance with a Minor in Organization Psychology also from DePaul University. In addition, Ms. Witek is certified in Distressed Business Valuation (CDBV) issued by the Association of Insolvency & Restructuring Advisors. She is a member of several business organizations including the Turnaround Management Association (TMA), the

### FULTON MARKET COLD STORAGE COMPANY, L.L.C.

Women's Insolvency & Restructuring Advisors (IWIRC) and the Association of Insolvency & Restructuring Advisors (AIRA).

Karen Seyller, JD – Accounting Supervisor

Ms. Seyller has worked on various insolvency and litigation matters for 4 years. She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work. Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons. Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last 5 years. Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company. Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University. She has completed her work at John Marshall Law School.

Dominika Stefanczuk – Staff

Ms. Stefanczuk is a staff accountant performing accounting and tax services. Ms. Stefanczuk has recently completed her Bachelor's Degree in Accounting and her Master's Degree in Accounting from Saint Xavier University.

Matthew A. Ross – Staff

Mr. Ross is a staff accountant performing accounting and tax services. Mr. Ross has recently completed his Bachelor's Degree in Accounting from the University of Iowa.

**<u>EXHIBIT C</u>**

**<u>STAFF LEVELS</u>**

**FULTON MARKET COLD STORAGE COMPANY, L.L.C.**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**<u>EXHIBIT D</u>**

**<u>ACTUAL TIME FROM TIME SLIPS</u>**

## EXHIBIT D-1

## 90-DAY DISBURSEMENT REVIEW

7/25/2018
2 40 PM
Pre-bill Worksheet
Page    1

Clie Selection    Include  Fulton Mkt, Fulton Mkt 005; Fulton Mkt 006, Fulton Mkt 007, Fulton Mkt 012

| | |
|---|---|
| Nickname | Fulton Mkt 005 \| 5453 |
| Full Name | Fulton Market Cold Storage |
| Address | c/o N  Neville Reid, Trustee |
| | 200 W  Madison Street |
| | Suite 3000 |
| | Chicago, Il 60606 |
| Phone | Fax |
| Home | Other |
| In Ref To | 90 day preference review |
| Fees Arrg | By billing value on each slip |
| Expense Arrg | By billing value on each slip |
| Tax Profile | AK |
| Last bill | |
| Last charge | 6/26/2018 |
| Last payment | Amount    $0 00 |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/19/2018 164873 | K  Seyller 800 | 190 00 | 0.70 | 133 00 | Billable |
| | Reviewed QuickBook's data relating to three entities to determine ownership and location for preference review | | | | |
| 6/19/2018 164874 | K  Seyller 800 | 190 00 | 0 40 | 76 00 | Billable |
| | Call with counsel to discuss preference review | | | | |
| 6/19/2018 164876 | K  Seyller 800 | 190 00 | 0 60 | 114 00 | Billable |
| | Reconcile 2016 tax return for Fulton Market to Hasak Cold Storage QuickBook's 2016 to begin preference review | | | | |
| 6/19/2018 164896 | K  Seyller 800 | 190 00 | 1 90 | 361 00 | Billable |
| | Prepared November - December 2017 preference period data from QuickBook's to excel to review amounts over 5,000 00 to vendors | | | | |
| 6/19/2018 164897 | K  Seyller 800 | 190 00 | 1 20 | 228 00 | Billable |
| | Prepared January 2018 preference data from QuickBook's to excel to review amounts over 5,000.00 to vendors | | | | |
| 6/19/2018 164898 | K  Seyller 800 | 190 00 | 1 40 | 266 00 | Billable |
| | Prepared February 2018 preference period data from QuickBook's to excel to review amounts over 5,000 00 to vendors | | | | |

7/25/2018
2 40 PM                                    Pre-bill Worksheet                                    Page    2

Fulton Mkt 005 Fulton Market Cold Storage (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 6/21/2018 164936 *3a* | D Stefanczuk 800<br>Reconciled February 2018 bank statements to QuickBooks, prepared adjustments for missing transactions | 98 00 | 3 20 | 313 60 | Billable |
| 6/21/2018 164938 *3a* | D Stefanczuk 800<br>Reviewed November 2017 through February 2018 bank statements and adjusted QuickBooks detail to list related vendors | 98 00 | 3 00 | 294 00 | Billable |
| 6/21/2018 164941 *7a* | D Stefanczuk 800<br>Reviewed QuickBooks detail for Officer salary and compared to bankruptcy documents | 98 00 | 0.50 | 49 00 | Billable |
| 6/21/2018 164942 *8a* | D Stefanczuk 800<br>Researched contact information for vendors with amounts over 5k Prepared spreadsheet listing amounts and vendor info  Prepared separate spreadsheets with detail for each individual vendor | 98 00 | 1 30 | 127 40 | Billable |
| 6/21/2018 164950 *3b* | K Seyller 800<br>Prepared additional February 2018 preference period data based on receipt of bank statement from counsel | 190 00 | 0 60 | 114 00 | Billable |
| 6/22/2018 164965 *8a* | D Stefanczuk 800<br>Prepared spreadsheets listing details for amounts over 5k and vendor information  Prepared updates to the vendor information  Printed spreadsheets and prepared PDF file | 98 00 | 3 00 | 294 00 | Billable |
| 6/22/2018 164966 *5a* | D Stefanczuk 800<br>Prepared spreadsheets recapping loans and other questionable items throughout the years  Listing dates, amounts, and reworded descriptions | 98 00 | 5 70 | 558 60 | Billable |
| 6/22/2018 164967 *7b* | K. Seyller 800<br>Began review of 4 year insider preference period within QuickBook's file -2016 period | 190 00 | 1 30 | 247 00 | Billable |
| 6/22/2018 164968 *7b* | K  Seyller 800<br>Began review of 4 year insider preference period within QuickBook's file -2015 period | 190 00 | 1 30 | 247 00 | Billable |

7/25/2018
2 40 PM                                           Pre-bill Worksheet                                           Page    3

Fulton Mkt 005 Fulton Market Cold Storage (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/22/2018<br>164969 | K Seyller<br>800 | 190 00 | 1 60 | 304 00 | Billable |
| | Began review of 4 year insider preference period within QuickBook's file<br>-2014 period | | | | |
| 6/22/2018<br>164970 | K Seyller<br>800 | 190 00 | 1.40 | 266 00 | Billable |
| | Prepared 90 day preference review schedule and information | | | | |
| 6/25/2018<br>164982 | K Seyller<br>800 | 190 00 | 0.80 | 152 00 | Billable |
| | Reviewed 90 day preference period cleared check/ach dates | | | | |
| 6/25/2018<br>164987 | K Seyller<br>800 | 190 00 | 0.90 | 171 00 | Billable |
| | Prepared information recap for 90 day preference period of vendors paid<br>over $5,000 00 found in QuickBooks from bankruptcy date | | | | |
| 6/25/2018<br>164994 | D Stefanczuk<br>800 | 98 00 | 3.50 | 343 00 | Billable |
| | Prepared adjustments to vendors over 5k spreadsheets, listing cleared<br>dates for transactions and marking bank statements for support | | | | |
| 6/25/2018<br>164995 | D Stefanczuk<br>800 | 98 00 | 1 00 | 98 00 | Billable |
| | Prepared adjustments to detailed asset spreadsheets | | | | |
| 6/25/2018<br>164997 | D Stefanczuk<br>800 | 98 00 | 1 00 | 98 00 | Billable |
| | Prepared titles for documents and work to be scanned in | | | | |
| 6/25/2018<br>164998 | D Stefanczuk<br>800 | 98 00 | 0 60 | 58 80 | Billable |
| | Prepared New Client checlist | | | | |
| 6/26/2018<br>165018 | D Stefanczuk<br>800 | 98 00 | 0 30 | 29 40 | Billable |
| | Prepared new client checklist/memo to file | | | | |

TOTAL        Billable Fees                                    37 20                    $4,942 80

Total of billable expense slips                                                       $0 00

## EXHIBIT D-2

## INSIDER DISBURSEMENT REVIEW

7/25/2018
2 40 PM                                    Pre-bill Worksheet                                    Page        5

| Nickname | Fulton Mkt 006 \| 5458 |
| Full Name | Fulton Market Cold Storage |
| Address | c/o N  Neville Reid, Trustee |
| | 200 W  Madison Street |
| | Suite 3000 |
| | Chicago, Il 60606 |

| Phone | | Fax | |
| Home | | Other | |
| In Ref To | insider preference | | |
| Fees Arrg | By billing value on each slip | | |
| Expense Arrg | By billing value on each slip | | |
| Tax Profile | AK | | |
| Last bill | | | |
| Last charge | 6/22/2018 | | |
| Last payment | | Amount     $0 00 | |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/21/2018 164937 | M  Witek 800 | 295 | 1.90 | 560.50 | Billable |
| 5b | Review of Hasak Cold Storage Quickbooks General Ledger for the approx periods of 2014 - 2018 | | | | |
| 6/21/2018 164939 | M  Witek 800 | 295 | 1.60 | 472— | Billable |
| 5b | Preparation of draft schedules related to insider payments and transfers. | | | | |
| 6/21/2018 164940 | M  Witek 800 | 295 | 1 10 | 324.50 | Billable |
| 5b | Preparation of draft schedules related to due to and due from | | | | |
| 6/21/2018 164951 | K  Seyller 800 | 190 00 | 0 60 | 114 00 | Billable |
| 6b | Prepared combined 90 day preference report in excel for vendors with amounts over $5,000 00 | | | | |
| 6/21/2018 164953 | K. Seyller 800 | 190 00 | 2 20 | 418 00 | Billable |
| 7.4b | Began review of 4 year insider preference period within QuickBook's file -2017 period | | | | |
| 6/22/2018 164971 | K  Seyller 800 | 190 00 | 2 40 | 456 00 | Billable |
| 7b | Prepared 4 year schedules of insider preference review with information | | | | |
| TOTAL | Billable Fees | | 9 80 | 2345— | |

Total of billable expense slips                                                                $0 00

**EXHIBIT D-3**

**DISBURSEMENT REVIEW**

7/25/2018
2 40 PM                                        Pre-bill Worksheet                                    Page    7

| | | |
|---|---|---|
| Nickname | Fulton Mkt 007 \| 5454 | |
| Full Name | Fulton Market Cold Storage | |
| Address | c/o N Neville Reid, Trustee | |
| | 200 W Madison Street | |
| | Suite 3000 | |
| | Chicago, Il 60606 | |
| Phone | | Fax |
| Home | | Other |
| In Ref To | disbursement review | |
| Fees Arrg | By billing value on each slip | |
| Expense Arrg | By billing value on each slip | |
| Tax Profile | AK | |
| Last bill | | |
| Last charge | 6/26/2018 | |
| Last payment | | Amount    $0 00 |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/8/2018 | D Stefanczuk | 98 00 | 2.80 | 274 40 | Billable |
| 164700 | 800 | | | | |
| | Reviewed QuickBooks files from debtor, and prepared a spreadsheet listing all files that open | | | | |
| 6/15/2018 | D Stefanczuk | 98 00 | 4.30 | 421 40 | Billable |
| 164816 | 800 | | | | |
| | Reviewed and downloaded balance sheets and P&Ls for years with activity from all provided QuickBooks | | | | |
| 6/18/2018 | D Stefanczuk | 98 00 | 1 40 | 137 20 | Billable |
| 164855 | 800 | | | | |
| | began to review disbursements per entity within th quickbooks files in order to identifiy for counsel the same | | | | |
| 6/18/2018 | D Stefanczuk | 98 00 | 3 70 | 362 60 | Billable |
| 164859 | 800 | | | | |
| | worked with quickbooks files which reflected several related entities to Fulton re  for disbursement review work | | | | |
| 6/19/2018 | D Stefanczuk | 98 00 | 1 60 | 156 80 | Billable |
| 164884 | 800 | | | | |
| | Reviewed and compared entities' QuickBooks to bankruptcy schedules Researched the different entities | | | | |
| 6/20/2018 | D. Stefanczuk | 98 00 | 3 10 | 303 80 | Billable |
| 164912 | 800 | | | | |
| | Reconciled QuickBooks to November bank statements, reviewed and updated QuickBooks transactions to list vendors and names | | | | |
| 6/20/2018 | K Seyller | 190 00 | 1 20 | 228 00 | Billable |
| 164947 | 800 | | | | |
| | Began review of transfers related to the building, the loans to/from partners, and due to/from accounts | | | | |

*Handwritten annotations: "1a" (next to 6/8/2018), "1a" (next to 6/15/2018), "1a" (next to 6/18/2018 164855), "1a" (next to 6/18/2018 164859), "1a" (next to 6/19/2018), "3a" (next to 6/20/2018 164912), "4b" (next to 6/20/2018 164947)*

7/25/2018
2 40 PM                                    Pre-bill Worksheet                                    Page    8

Fulton Mkt 007 Fulton Market Cold Storage (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/21/2018<br>164946 | M Ross<br>800 | 95 00 | 2 10 | 199 50 | Billable |
| 3a | performed detaing tracing of schedules detail of January bank reconciliation | | | | |
| 6/21/2018<br>164949 | K Seyller<br>800 | 190 00 | 3 80 | 722 00 | Billable |
| 4b | Continued review of transfers of building, loans to/from partner, and due to/from affiliates within QuickBooks | | | | |
| 6/21/2018<br>164952 | K Seyller<br>800 | 190 00 | 0.70 | 133 00 | Billable |
| 7 b | Began review of 4 year insider preference period within QuickBook's file -2018 period | | | | |
| 6/22/2018<br>164964 | M Ross<br>800 | 95 00 | 1 80 | 171 00 | Billable |
| 7a | Prepared schedules for preference payments to Amit and Itai Hasak | | | | |
| 6/25/2018<br>164978 | A Lasko<br>800 | 300.00 | 1.60 | 480 00 | Billable |
| 8 &c | review first draft summary for counsel to trustee | | | | |
| 6/25/2018<br>164980 | K Seyller<br>800 | 190 00 | 2 80 | 532 00 | Billable |
| 4b | Finished review of fraudulent transfers for 2014-2017 | | | | |
| 6/25/2018<br>164985 | K Seyller<br>800 | 190 00 | 1 90 | 361 00 | Billable |
| 8 b | Prepared information recap for assets found in QuickBooks from 2014-2018 dates | | | | |
| 6/25/2018<br>164999 | M Ross<br>800 | 95 00 | 3 70 | 351 50 | Billable |
| 7a | Prepared schedules of preference payments | | | | |
| 6/26/2018<br>165006 | K Seyller<br>800 | 190 00 | 0 20 | 38 00 | Billable |
| 2 | Call with Trustee's counsel regarding 4 year transfers of $10,000 00 or more from bankruptcy date | | | | |

TOTAL        Billable Fees                                36 70              $4,872 20

Total of billable expense slips                                             $0 00

**EXHIBIT D-4**

**BILLING TIME**

Pre-bill Worksheet

---

## Selection Criteria

---

| Clie Selection | Include  Fulton Mkt 005, Fulton Mkt 006, Fulton Mkt 007, Fulton Mkt 012 |
|---|---|

---

| | |
|---|---|
| Nickname | Fulton Mkt 012 \| 5455 |
| Full Name | Fulton Market Cold Storage |
| Address | c/o N  Neville Reid, Trustee |
| | 200 W  Madison Street |
| | Suite 3000 |
| | Chicago, Il 60606 |
| Phone | Fax |
| Home | Other |
| In Ref To | fee petition |
| Fees Arrg | By billing value on each slip |
| Expense Arrg | By billing value on each slip |
| Tax Profile | AK |
| Last bill | |
| Last charge | 12/12/2018 |
| Last payment | Amount      $0 00 |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/12/2018 169114 | C  Wilson 800 | 65 00 | 2 10 | 136 50 | Billable |
| | Prepared fee petition | | | | |
| 12/12/2018 169115 | A  Lasko 800 | 300 00 | 0 40 | 120 00 | Billable |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 2 50 | | $256 50 |

| | |
|---|---|
| Total of billable expense slips | $0 00 |

---

## Calculation of Fees and Costs

---

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable time slips | $256 50 | |
| Total of Fees (Time Charges) | | $256 50 |
| Total of Costs (Expense Charges) | | $0 00 |

12/12/2018
10 57 AM                              Pre-bill Worksheet                        Page      2

Fulton Mkt 012 Fulton Market Cold Storage (continued)

|                      | Amount    | Total     |
|----------------------|-----------|-----------|
| Total new charges    |           | $256 50   |
| New Balance          |           |           |
| Current              | $256 50   |           |
| Total New Balance    |           | $256 50   |