# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-04964 |
| Fulton Market Cold Storage Company, L.L.C., | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | |
| | ) | |

### ORDER GRANTING TRUSTEE'S MOTION (I) AUTHORIZING THE ABANDONMENT, DISPOSAL, AND/OR DESTRUCTION OF CERTAIN ESTATE PROPERTY, AND (II) LIMITING NOTICE

Upon consideration of the Motion[1] of N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Fulton Market Cold Storage Company, L.L.C. (the "Debtor"), for the entry of an Order pursuant to Sections 105, 363, and 554 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 6007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), authorizing the Trustee to abandon, dispose of and/or destroy the Obsolete Records and Devices; the Trustee having served a copy of the Motion pursuant to the proof of service, the Court having determined that limiting notice to the United States Trustee and parties receiving e-filing notifications through the ECF Service list is sufficient notice and in the best interests of the estate and its creditors; the Court having further determined that granting the relief requested in the Motion is in the best interest of the Debtor and the Estate and creditors thereof; and this Court having determined that the Trustee has demonstrated sufficient justification for approval of the Motion; and after due deliberation, and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms used but not herein defined shall have the meaning ascribed to them in the Motion.

06800\001\4157655.v2

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to abandon, dispose and/or destroy the Obsolete Records and Devices in accordance with the Motion.

3. The Trustee is authorized to take such steps and to perform such acts as the Trustee deems reasonable to implement and effectuate the terms of this Order.

4. The notice provided by the Trustee is determined to be adequate and in compliance with Bankruptcy Rule 6007.

5. This Court shall retain jurisdiction over interpretation and implementation of this Order.

6. This Order shall be effective immediately upon its entry.


Date: __August 17, 2021__

*LaShonda A. H[...]*

Bankruptcy Judge