# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Fulton Market Cold Storage Company, L.L.C. | § | Case No. 18-04964 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  of the United States Bankruptcy Code was filed on 02/23/2018.  The case was converted to one under Chapter 7 on 05/03/2018.   The undersigned trustee was appointed on 05/03/2018.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of $ 1,010,397.61

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 110,414.74 |
| Bank service fees | 3,005.35 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 645,000.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 251,977.52 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 09/04/2018 and the deadline for filing governmental claims was 09/04/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $21,519.88.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $21,519.88, for a total compensation of $21,519.88[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 11/30/2021 _____    By: /s/N. Neville Reid, Trustee _____
                                              Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 18-04964 | CAD | Judge: | Carol A. Doyle | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Fulton Market Cold Storage Company, L.L.C. | | | | Date Filed (f) or Converted (c): | 05/03/2018 (c) |
| | | | | | 341(a) Meeting Date: | 05/07/2018 |
| For Period Ending: | 11/30/2021 | | | | Claims Bar Date: | 09/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash on hand | 2,962.63 | 2,962.63 | | 0.00 | FA |
| 2.  MB Financial - Checking Account | 25,000.00 | 25,000.00 | | 103,074.19 | FA |
| 3.  MB Financial - Savings Account | 150,000.00 | 0.00 | | 0.00 | FA |
| 4.  Letter of Credit MB Financial | 187,000.00 | 0.00 | | 0.00 | FA |
| 5.  ACCOUNTS RECEIVABLES - 90 Days Old or Less | 286,744.00 | 0.00 | | 0.00 | FA |
| 6.  ACCOUNTS RECEIVABLES - Over 90 days old<br><br>$330,000 face amount value. $330,000 considered doubtful or uncollectible accounts. | Unknown | 0.00 | | 0.00 | FA |
| 7.  7 desks. 7 chairs. | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 8.  OFFICE EQUIPMENT, including all computer equipment and commu | 60,000.00 | 60,000.00 | OA | 0.00 | FA |
| 9.  Tesla Model S 201 (Lease) | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Fork Lift (Lease) | 0.00 | 0.00 | | 0.00 | FA |
| 11.  Basic operating equipment, Combo Dumper, Conveyer Belt | 50,000.00 | 0.00 | | 0.00 | FA |
| 12.  8424 West 47th Street, Lyons, IL 60534 (Lease)<br><br>Equitable Interest | 0.00 | 0.00 | | 0.00 | FA |
| 13.  INTERNET DOMAIN NAME/WEBSITE: www.hasakcs.com | 1.00 | 1.00 | | 0.00 | FA |
| 14.  Cold storage Customer List for Chicagoland Area | Unknown | 0.00 | | 0.00 | FA |
| 15.  Civil Suit RE: 6800 Santa Fe<br><br>Amount requested: 500,000 | 0.00 | 0.00 | | 0.00 | FA |
| 16.  Overpayment of professional fee cost (u) | Unknown | 6,884.90 | | 6,884.90 | FA |
| 17.  POTENTIAL AVOIDANCE ACTIONS (u) | Unknown | 1.00 | | 900,000.00 | FA |
| 18.  TAX REFUND RE 1000 West Fulton Street Property Taxes - 2006 (u) | 0.00 | 438.52 | | 438.52 | FA |
| 19.  Lexus (u) | 25,000.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 18-04964 | CAD | Judge: | Carol A. Doyle | | Trustee Name: | N. Neville Reid, Trustee |

| Case Name: | Fulton Market Cold Storage Company, L.L.C. | | | | Date Filed (f) or Converted (c): | 05/03/2018 (c) |

| | | | | | 341(a) Meeting Date: | 05/07/2018 |

| For Period Ending: | 11/30/2021 | | | | Claims Bar Date: | 09/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 20.  2013 Lexus (u) | 25,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $814,707.63 | $98,288.05 | | $1,010,397.61 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2021: Case fully administered. Finalizing claims review in preparation of TFR.

Case Status April 2020: Trustee has entered into tolling agreements with the main potential defendants in the case, including the principal of the debtor, which extends the tolling period for bringing any claims through May 31, 2020.  The Trustee is pursuing a global resolution of claims against the potential defendants, and is cautiously optimistic a settlement will be reached before May 31, 2020.

Case Status April 2019: Pursuing avoidance action claims through mediation set to occur Summer 2019.

Initial Projected Date of Final Report (TFR): 12/31/2020        Current Projected Date of Final Report (TFR): 12/31/2021

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 18-04964
Case Name: Fulton Market Cold Storage Company, L.L.C.

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0919
Checking

Taxpayer ID No: XX-XXX8014
For Period Ending: 11/30/2021

Blanket Bond (per case limit): $52,491,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/18 | 2 | Fulton Market Cold Storage Company DBA Hasak Cold Storage 8424 47th St. Lyons, IL 60534-1760 | Funds transferred from Debtor's operating account at MB Financial Bank | 1129-000 | $103,074.19 | | $103,074.19 |
| 06/01/18 | 101 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131  847-678-0002 | Records Storage | 2990-000 | | $484.95 | $102,589.24 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.72 | $102,480.52 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $147.69 | $102,332.83 |
| 08/02/18 | 102 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131  847-678-0002 | Records Storage | 2990-000 | | $104.95 | $102,227.88 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $152.15 | $102,075.73 |
| 09/05/18 | 103 | Allen Hobbs 76 E. Harbor Drive Lake Zurich, IL 60047 | Admin Payment Order granting administrative expense [dkt 132] | 2990-000 | | $9,450.47 | $92,625.26 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.80 | $92,473.46 |
| 09/12/18 | 104 | CHICAGO RECORDS MANAGEMENT Chicago Records Management 3815 Carnation Street Franklin Park, IL 60131 | Payment for Records Storage | 2990-000 | | $104.95 | $92,368.51 |
| 09/27/18 | 105 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131  847-678-0002 | Payment for Records Storage | 2990-000 | | $104.95 | $92,263.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $103,074.19   $10,810.63

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 18-04964 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: Fulton Market Cold Storage Company, L.L.C. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0919 |
| | Checking |
| Taxpayer ID No: XX-XXX8014 | Blanket Bond (per case limit): $52,491,000.00 |
| For Period Ending: 11/30/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/18 | 106 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131  847-678-0002 | Storage Unit Payment | 2990-000 | | $104.95 | $92,158.61 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.73 | $92,022.88 |
| 10/17/18 | 16 | MB Financial | Refund of excess payment to professionals | 1290-000 | $6,884.90 | | $98,907.78 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $138.94 | $98,768.84 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.10 | $98,626.74 |
| 12/11/18 | 107 | Fox Swibel Levin Carroll, LLP | 12/11/18 Order Granting First Interim Fee Application | | | $47,742.42 | $50,884.32 |
| | | FOX SWIBEL LEVIN & CARROLL LLP | First Interim Fee Application          ($45,294.00) | 3110-000 | | | |
| | | FOX SWIBEL LEVIN & CARROLL LLP | First Interim Fee Application          ($2,448.42) | 3120-000 | | | |
| 12/12/18 | 108 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131  847-678-0002 | Storage Unit Payment | 2990-000 | | $104.95 | $50,779.37 |
| 01/07/19 | 109 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131 847-678-0002 | Storage Unit Payment, Inv. # 0120908 | 2990-000 | | $104.95 | $50,674.42 |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.07 | $50,571.35 |
| 02/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.27 | $50,496.08 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                          Page Subtotals:                          $6,884.90          $48,652.38

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 18-04964

Case Name: Fulton Market Cold Storage Company, L.L.C.

Trustee Name: N. Neville Reid, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX0919

Checking

Taxpayer ID No: XX-XXX8014

For Period Ending: 11/30/2021

Blanket Bond (per case limit): $52,491,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/19 | 110 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 847-678-0002 | Invoice #0121506; 02/01/2019 | 2990-000 | | $104.95 | $50,391.13 |
| 02/22/19 | 111 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras St. New Orleans, LA 70139 | Payment of 2019 Premium Bond #016073584 | 2300-000 | | $19.13 | $50,372.00 |
| 03/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.77 | $50,304.23 |
| 03/18/19 | 112 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 847-678-0002 | Invoice #0122108; 03/01/2019 | 2990-000 | | $104.95 | $50,199.28 |
| 04/05/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.74 | $50,124.54 |
| 05/06/19 | 113 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 847-678-0002 | Invoice #0123314; 05/01/2019 | 2990-000 | | $104.95 | $50,019.59 |
| 05/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.11 | $49,947.48 |
| 05/10/19 | | Transfer to Acct # xxxxxx0112 | Transfer of Funds | 9999-000 | | $49,947.48 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $109,959.09 | $109,959.09 |
| Less: Bank Transfers/CD's | $0.00 | $49,947.48 |
| Subtotal | $109,959.09 | $60,011.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $109,959.09 | $60,011.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:                    $0.00          $50,496.08

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-04964
Case Name: Fulton Market Cold Storage Company, L.L.C.

Trustee Name: N. Neville Reid, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0112
Checking

Exhibit B

Taxpayer ID No: XX-XXX8014
For Period Ending: 11/30/2021

Blanket Bond (per case limit): $52,491,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/19 | | Transfer from Acct # xxxxxx0919 | Transfer of Funds | 9999-000 | $49,947.48 | | $49,947.48 |
| 05/14/19 | 2001 | Bridges Court Reporting | 2/21/19 Deposition of Amit Hasak Account #C7631 Invoice #28923 Date 5/10/2019 | 2990-000 | | $372.10 | $49,575.38 |
| 06/06/19 | 2002 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 (847) 678-0002 | Invoice #123918; 06/01/2019 | 2990-000 | | $104.95 | $49,470.43 |
| 07/16/19 | 2003 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 (847) 678-0002 | Invoice # 0124525; 07/01/19 | 2990-000 | | $104.95 | $49,365.48 |
| 08/02/19 | 2004 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 (847) 678-0002 | Invoice # 0089832; 08/01/19 | 2990-000 | | $104.95 | $49,260.53 |
| 08/19/19 | 2005 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 (847) 678-0002 | Invoice #'s 119710 (11/1/2018) and 122711 (4/1/19) | 2990-000 | | $209.90 | $49,050.63 |
| 09/03/19 | 2006 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 847-678-0002 | Invoice #0125733; 9/1/19 | 2990-000 | | $104.95 | $48,945.68 |
| 10/01/19 | 2007 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131 847-678-0002 | Invoice 0126340; 10/01/19 | 2990-000 | | $104.95 | $48,840.73 |
| 11/04/19 | 2008 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131 847-678-0002 | Invoice No. 126954 dated 11/1/19 | 2990-000 | | $104.95 | $48,735.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*      Page Subtotals:      $49,947.48      $1,211.70

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 18-04964 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: Fulton Market Cold Storage Company, L.L.C. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0112 |
| | Checking |
| Taxpayer ID No: XX-XXX8014 | Blanket Bond (per case limit): $52,491,000.00 |
| For Period Ending: 11/30/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/02/19 | 2009 | Chicago Records Managment, Inc. 3815 Carnation Street Franklin Park, IL 60131  847-678-0002 | Invoice No. 0128743 dated 12/1/19 | 2990-000 | | $104.95 | $48,630.83 |
| 01/06/20 | 2010 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 | Distribution | 2990-000 | | $104.95 | $48,525.88 |
| 01/13/20 | 2011 | Internal Revenue Service Ogden, UT 84201-0102 | Underpayment of 2018 Federal Tax Deposit See notice dated February 25, 2019 in re Form 940. | 2810-000 | | $19.20 | $48,506.68 |
| 01/24/20 | 2012 | Alan D. Lasko & Associates | Compensation to Financial Advisor per DKT 140 See Order [dkt 140] granting application for compensation 1/23/20 | 3991-000 | | $12,416.50 | $36,090.18 |
| 01/27/20 | 18 | Crane and Norcross LLC IOLTA Trust Account 2 N. LaSalle Street, Suite 900 Chicago, IL 60602 | Partial refund for property taxes 2006 See Crane and Norcross letter of November 6, 2019. | 1224-000 | $438.52 | | $36,528.70 |
| 02/11/20 | 2012 | Alan D. Lasko & Associates | Compensation to Financial Advisor per DKT 140 Reversal See Order [dkt 140] granting application for compensation 1/23/20 | 3991-000 | | ($12,416.50) | $48,945.20 |
| 02/13/20 | 2013 | Alan D. Lasko & Associates | Compensation to Financial Advisor per DKT 140 See Order [dkt 140] granting application for compensation 1/23/20 | 3410-000 | | $12,416.50 | $36,528.70 |
| 02/13/20 | 2014 | Chicago Records Management 3815 Carnation Street Franklin Park, IL 60131 | Invoice 0129976, dated 02/01/2020 | 2990-000 | | $104.95 | $36,423.75 |
| 02/14/20 | 2015 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras St. New Orleans, LA  70139 | Payment of 2020 Premium Bond #016073584 | 2300-000 | | $15.61 | $36,408.14 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 9)* | Page Subtotals: | $438.52   $12,766.16 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 18-04964 | Trustee Name: N. Neville Reid, Trustee | |
| Case Name: Fulton Market Cold Storage Company, L.L.C. | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0112 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8014 | Blanket Bond (per case limit): $52,491,000.00 | |
| For Period Ending: 11/30/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/20 | 2016 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131 | Invoice 0130601 | 2990-000 | | $104.95 | $36,303.19 |
| 08/17/20 | 2017 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131  847-678-0002 | Invoice 0136363 | 2990-000 | | $104.95 | $36,198.24 |
| 09/04/20 | 2018 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131  847-678-0002 | Invoice 0136965 | 2990-000 | | $104.95 | $36,093.29 |
| 10/08/20 | 2019 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL 60131  847-678-0002 | Invoice 0137569 | 2990-000 | | $104.95 | $35,988.34 |
| 10/16/20 | 17 | Barack Ferrazzano | Dkt 152 - Order Granting Settlement w/ Dr. Goldberg | 1249-000 | $675,000.00 | | $710,988.34 |
| 10/21/20 | 2020 | FOX SWIBEL LEVIN & CARROLL LLP 200 W. Madison Street Suite 3000 Chicago, IL 60606 | Per Dkt 155 - Order Granting FSLC Fee Application | | | $35,468.64 | $675,519.70 |
| | | FOX SWIBEL LEVIN & CARROLL LLP | Dkt 155 - Order on FLSC ($34,610.00) Second Interim Fee Application | 3110-000 | | | |
| | | FOX SWIBEL LEVIN & CARROLL LLP | Dkt 155 - Order on FLSC ($858.64) Second Interim Fee Application | 3120-000 | | | |
| 10/22/20 | 17 | Amit Hasak Michael Congiu 1300 IDS CENTER 80 South 8th Street Minneapolis, MN 55402-2136 | Dkt 156 - Order Granting Settlement Agreement w/ Hasak Family | 1249-000 | $50,000.00 | | $725,519.70 |
| 10/26/20 | 17 | Nehemiah and Judith Hasak Michael Congiu 1300 IDS CENTER 80 South 8th Street Minneapolis, MN 55402-2136 | Dkt 156 - Order Granting Settlement Agreement w/ Hasak Family | 1249-000 | $175,000.00 | | $900,519.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*          Page Subtotals:          $900,000.00          $35,888.44

Case 18-04964   Doc 167   Filed 11/30/21   Entered 11/30/21 15:35:10   Desc Main
Document   Page 11 of 29

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-04964

Case Name: Fulton Market Cold Storage Company, L.L.C.

Trustee Name: N. Neville Reid, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0112

Checking

Taxpayer ID No: XX-XXX8014

For Period Ending: 11/30/2021

Blanket Bond (per case limit): $52,491,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/20 | | Central States Pension Fund | Distribution per settlement agreement with Hasak Family Payment Pursuant to Settlement Agreement [Dkt 156] | 8500-002 | | $180,000.00 | $720,519.70 |
| 11/02/20 | | Central States Pension Fund | Distribution per settlement agreement with Dr. Goldberg Payment Pursuant to Settlement Agreement [Dkt 152] | 8500-002 | | $465,000.00 | $255,519.70 |
| 11/03/20 | 2021 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131  847-678-0002 | Invoice No. 0138176 | 2990-000 | | $104.95 | $255,414.75 |
| 12/01/20 | 2022 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131  847-678-0002 | Invoice # 0138788 | 2990-000 | | $104.95 | $255,309.80 |
| 12/15/20 | 2023 | Kwik Kopy 720 W Madison St. Suite 510 Chicago, Illinois 60602 | Printing and Mailing Services; Invoice #94126 Motion to Approve Settlement with Goldberg and FSLC Second Interim Fee App | 2990-000 | | $448.00 | $254,861.80 |
| 01/04/21 | 2024 | CHICAGO RECORDS MANAGEMENT Chicago Records Management | Invoice 0139407 | 2990-000 | | $104.95 | $254,756.85 |
| 02/04/21 | 2025 | Kwik Kopy 120 W Madison St, Ste 510 Chicago, IL 60602 | Printing and Mailing Services; Invoice #94126 This is a reissued check; original deemed lost in the mail.  Motion to Approve Settlement with Goldberg and FSLC Second Interim Fee App | 2990-000 | | $448.00 | $254,308.85 |
| 02/04/21 | 2026 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131  847-678-0002 | Invoice Dated February 1, 2021; 0140021 | 2990-000 | | $114.95 | $254,193.90 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Page Subtotals:                    $0.00        $646,325.80

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 18-04964
Case Name: Fulton Market Cold Storage Company, L.L.C.

Taxpayer ID No: XX-XXX8014
For Period Ending: 11/30/2021

Trustee Name: N. Neville Reid, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0112
Checking
Blanket Bond (per case limit): $52,491,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/21 | 2023 | Kwik Kopy<br>720 W Madison St.<br>Suite 510<br>Chicago, Illinois 60602 | Printing and Mailing Services; Invoice #94126 Reversal Motion to Approve Settlement with Goldberg and FSLC Second Interim Fee App | 2990-000 | | ($448.00) | $254,641.90 |
| 02/22/21 | 2027 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | Payment of Bond # 015073584 | 2300-000 | | $109.52 | $254,532.38 |
| 03/02/21 | 2028 | Chicago Records Management, Inc.<br>3815 Carnation Street<br>Franklin Park, IL  60131<br><br>847-678-0002 | Invoice #0140634 | 2990-000 | | $114.95 | $254,417.43 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $254.21 | $254,163.22 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $280.68 | $253,882.54 |
| 04/05/21 | 2029 | Chicago Records Management, Inc.<br>3815 Carnation Street<br>Franklin Park, IL  60131<br><br>847-678-0002 | Invoice # 0141246, dated 4/1/21 | 2990-000 | | $114.95 | $253,767.59 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $271.18 | $253,496.41 |
| 05/03/21 | 2030 | Chicago Records Management, Inc.<br>3815 Carnation Street<br>Franklin Park, IL  60131<br><br>847-678-0002 | Invoice # 0141857 | 2990-000 | | $114.95 | $253,381.46 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $279.80 | $253,101.66 |

UST Form 101-7-TFR (5/1/2011) (Page: 12)

Page Subtotals:                    $0.00          $1,092.24

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 18-04964
Case Name: Fulton Market Cold Storage Company, L.L.C.

Trustee Name: N. Neville Reid, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0112
Checking

Taxpayer ID No: XX-XXX8014
For Period Ending: 11/30/2021

Blanket Bond (per case limit): $52,491,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/03/21 | 2031 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131<br><br>847-678-0002 | Invoice # 0142470 | 2990-000 | | $114.95 | $252,986.71 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $270.38 | $252,716.33 |
| 07/19/21 | 2032 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131<br><br>847-678-0002 | Invoice # 0143086 | 2990-000 | | $114.95 | $252,601.38 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $279.01 | $252,322.37 |
| 08/09/21 | 2033 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131<br><br>847-678-0002 | Invoice # 0143711 | 2990-000 | | $114.95 | $252,207.42 |
| 09/02/21 | 2034 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131<br><br>847-678-0002 | Invoice # 0144335 | 2990-000 | | $114.95 | $252,092.47 |
| 10/04/21 | 2035 | Chicago Records Management, Inc. 3815 Carnation Street Franklin Park, IL  60131<br><br>847-678-0002 | Invoice # 0144962 | 2990-000 | | $114.95 | $251,977.52 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | $950,386.00 | $698,408.48 |
| Less: Bank Transfers/CD's | | $49,947.48 | $0.00 |
| Subtotal | | $900,438.52 | $698,408.48 |
| Less: Payments to Debtors | | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Page Subtotals:                           $0.00       $1,124.14

Net   $900,438.52        $698,408.48

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0112 - Checking | $900,438.52 | $698,408.48 | $251,977.52 |
| XXXXXX0919 - Checking | $109,959.09 | $60,011.61 | $0.00 |
| | $1,010,397.61 | $758,420.09 | $251,977.52 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,010,397.61 |
| Total Gross Receipts: | $1,010,397.61 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-04964                                                                                    Date: November 30, 2021
Debtor Name: Fulton Market Cold Storage Company, L.L.C.
Claims Bar Date: 9/4/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | N. NEVILLE REID<br>FOX, SWIBEL, LEVIN &<br>CARROLL, LLP<br>200 W. MADISON STREET<br>SUITE 3000, CHICAGO, IL<br>60606 | Administrative | | $0.00 | $21,519.88 | $21,519.88 |
| 100 2990 | CHICAGO RECORDS<br>MANAGEMENT<br>Chicago Records Management | Administrative | | $0.00 | $4,353.15 | $4,353.15 |
| 100 2990 | Allen Hobbs<br>Chasewood Consulting | Administrative | | $0.00 | $9,450.47 | $9,450.47 |
| 11 100 2990 | OFFICE OF THE U.S. TRUSTEE<br><B>(ADMINISTRATIVE)</B><br>219 S. DEARBORN ST. RM 873<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $4,875.00 | $4,875.00 |
| 100 3110 | FOX SWIBEL LEVIN &<br>CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois  60606 | Administrative | | $0.00 | $117,161.00 | $117,161.00 |
| 100 3120 | FOX SWIBEL LEVIN &<br>CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois  60606 | Administrative | | $0.00 | $4,107.34 | $4,107.34 |
| 100 3410 | Alan D Lasko & Associates PC<br>205 W Randolph St Ste 1150<br>Chicago, IL 60606 | Administrative | | $0.00 | $12,416.50 | $12,416.50 |
| 100 3410 | Kutchins, Robbins & Diamond Ltd<br>35 East Wacker Drive<br>Suite 690<br>Chicago, IL 60601 | Administrative | | $0.00 | $8,652.50 | $8,652.50 |
| 100 3420 | Kutchins, Robbins & Diamond Ltd<br>35 East Wacker Drive<br>Suite 690<br>Chicago, IL 60601 | Administrative | | $0.00 | $20.00 | $20.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-04964                                                                                              Date: November 30, 2021
Debtor Name: Fulton Market Cold Storage Company, L.L.C.
Claims Bar Date: 9/4/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 150 6210 | JMH Legal Group 225 W. Washington, Suite 2200 Chicago, IL 60606 | Administrative | See Dkt 120 Order granting fees and expenses.  Reduced by $95.50 from retainer.  See order. | $0.00 | $45,302.50 | $45,207.00 |
| 150 6220 | JMH Legal Group 225 W. Washington, Suite 2200 Chicago, IL 60606 | Administrative | See Dkt 120 Order granting fees and expenses | $0.00 | $395.00 | $395.00 |
| 31 150 6820 | ILLINOIS DEPARTMENT OF REVENUE <B>(ADMINISTRATIVE)</B> BANKRUPTCY UNIT PO BOX 19035 SPRINGFIELD IL 62794-9035 | Administrative | | $0.00 | $328.94 | $328.94 |
| 25 150 6920 | CHILL LL, LLC C/O CLINGEN CALLOW & MCLEAN, LLC/ TIM MC 2300 CABOT DRIVE, STE. 500 LISLE, IL 60532 | Administrative | Split claim #25 - Administrative claim.  Total claim amount #25 - $2,567,218.07 | $0.00 | $197,642.91 | $197,642.91 |
| 23-1 150 6950 | JOSEPH STEVEN TUCKER JOSEPH TUCKER 15229 SEQUOIA ST OAK FOREST IL 60452 | Administrative | $441.40 unpaid vacation; $123.78 unpaid sick pay per reclassification order [Dkt. 165]. | $0.00 | $565.18 | $565.18 |
| 24-1 150 6950 | MARTIN SOTO 2422 W 46TH PL CHICAGO IL 60632 | Administrative | $557.54 vacation; $154.82 sick leave  per  [Dkt. 165]. | $0.00 | $712.36 | $712.36 |
| 27-1A 150 6950 | MANUEL ORTIZ 5304 SOUTH ARTESIAN AVENUE CHICAGO, IL 60632-1529 | Administrative | Admin claim of $490.42 for a bounced wage check per Dkt. 165 | $0.00 | $490.42 | $490.42 |
| 27-1 150 6950 | MANUEL ORTIZ 5304 SOUTH ARTESIAN AVENUE CHICAGO, IL 60632-1529 | Administrative | $631.88 vacation ; $176.55 – sick pay per [Dkt. 165]. | $0.00 | $808.43 | $808.43 |
| 30-1 150 6950 | PETER M HAWRYLUK 3951 N PACIFIC CHICAGO IL 60634 | Administrative | $427.73 vacation  per  [Dkt. 165]. | $0.00 | $427.73 | $427.73 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-04964                                                                          Date: November 30, 2021

Debtor Name: Fulton Market Cold Storage Company, L.L.C.

Claims Bar Date: 9/4/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3A 150 6990 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Administrative | Administrative priority portion of claim - per claim amended 10/26/2021 | $0.00 | $10,734.78 | $10,734.78 |
| 4A 150 6990 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Administrative | Administrative priority portion of claim - per claim amended 10/26/2021 | $0.00 | $3,807.01 | $3,807.01 |
| 5A 150 6990 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Administrative | Administrative priority portion of claim - per claim amended 10/26/2021 | $0.00 | $701.34 | $701.34 |
| 6A 150 6990 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Administrative | Administrative priority portion of claim - per claim amended 10/26/2021 | $0.00 | $1,195.23 | $1,195.23 |
| 7A 150 6990 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Administrative | Administrative priority portion of claim - per claim amended 10/26/2021 | $0.00 | $1,193.89 | $1,193.89 |
| 8A 150 6990 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Administrative | Administrative priority portion of claim - per claim amended 10/26/2021 | $0.00 | $1,375.57 | $1,375.57 |
| 9A 150 6990 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Administrative | Administrative priority portion of claim - per claim amended 10/26/2021 | $0.00 | $979.70 | $979.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-04964                                                                    Date: November 30, 2021
Debtor Name: Fulton Market Cold Storage Company, L.L.C.
Claims Bar Date: 9/4/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10A 150 6990 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Administrative | Administrative priority portion of claim - per claim amended 10/26/2021 | $0.00 | $345.62 | $345.62 |
| 23 230 5300 | JOSEPH STEVEN TUCKER JOSEPH TUCKER 15229 SEQUOIA ST OAK FOREST IL 60452 | Priority | Per the proposed order (Dkt 165) | $0.00 | $1,847.75 | $1,847.75 |
| 24 230 5300 | MARTIN SOTO 2422 W 46TH PL CHICAGO IL 60632 | Priority | Split claim for priority unsecured portion of claim 24. per order  Dkt. 365 | $0.00 | $518.94 | $518.94 |
| 27 230 5300 | MANUEL ORTIZ 5304 SOUTH ARTESIAN AVENUE CHICAGO, IL 60632-1529 | Priority | per the order [$488.92 sick pay + $1749.83 vacation pay] [Dkt. 165] | $0.00 | $2,238.75 | $2,238.75 |
| 29 230 5300 | ROBERT EVENER 224 MICHIGAN ST PORTER, IN 46304 | Priority | sum of $1011 vacation and $282.48 sick pay per Dkt. 165 | $0.00 | $1,293.48 | $1,293.48 |
| 30 230 5300 | PETER M HAWRYLUK 3951 N PACIFIC CHICAGO IL 60634 | Priority | Per Dkt. 165 | $0.00 | $282.48 | $282.48 |
| 1 280 5800 | DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Priority | Split claim #1 - Unsecured Priority amount.  Total claim amount #1 - $7,460.30. | $0.00 | $7,360.30 | $7,360.30 |
| 15 280 5800 | CENTRAL STATES,SOUTHEAST & SOUTHWEST AREAS PENSION FUND C/O ANDREW SPRAU 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Priority | Claim subordinated per Court Order Dkt. No. 152 | $0.00 | $25,878.07 | $0.00 |

Page 4                                          Printed: November 30, 2021

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-04964                                                                                          Date: November 30, 2021

Debtor Name: Fulton Market Cold Storage Company, L.L.C.

Claims Bar Date: 9/4/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 21<br>280<br>5800 | INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 781<br>C/O BAUM SIGMAN AUERBACH & NEUMAN, LTD.<br>200 W. ADAMS ST., STE. 2200<br>CHICAGO, IL 60606 | Priority | Split claim #21 - Unsecured Priority amount.  Total claim amount #21 - $9,426.11. | $0.00 | $5,650.11 | $5,650.11 |
| 22<br>280<br>5800 | MISCELLANEOUS WAREHOUSEMEN"S LOCAL 781<br>HEALTH & WELFARE FUND<br>PATRICK N RYAN<br>200 W. ADAMS STREET, SUITE 2200<br>CHICAGO, IL 60606 | Priority | Split claim #22 - Unsecured Priority amount.  Total claim amount #22 - $222,859.68. | $0.00 | $53,097.34 | $53,097.34 |
| 1-A<br>300<br>7100 | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Unsecured | Split claim for Unsecured General Portion of Claim 1 | $0.00 | $100.00 | $100.00 |
| 3<br>300<br>7100 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.<br>C/O WELTMAN, WEINBERG & REIS CO. LPA<br>323 W. LAKESIDE AVE. STE. 200<br>CLEVELAND, OH 44113 | Unsecured | Unsecured deficiency balance | $0.00 | $119,791.64 | $119,791.64 |
| 4<br>300<br>7100 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.<br>C/O WELTMAN, WEINBERG & REIS CO. LPA<br>323 W. LAKESIDE AVE. STE. 200<br>CLEVELAND, OH 44113 | Unsecured | Unsecured deficiency balance | $0.00 | $73,266.98 | $73,266.98 |
| 5<br>300<br>7100 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.<br>C/O WELTMAN, WEINBERG & REIS CO. LPA<br>323 W. LAKESIDE AVE. STE. 200<br>CLEVELAND, OH 44113 | Unsecured | Unsecured deficiency balance | $0.00 | $6,093.52 | $6,093.52 |
| 6<br>300<br>7100 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.<br>C/O WELTMAN, WEINBERG & REIS CO. LPA<br>323 W. LAKESIDE AVE. STE. 200<br>CLEVELAND, OH 44113 | Unsecured | Unsecured deficiency balance | $0.00 | $12,254.58 | $12,254.58 |

Printed: November 30, 2021

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-04964                                                                                      Date: November 30, 2021

Debtor Name: Fulton Market Cold Storage Company, L.L.C.

Claims Bar Date: 9/4/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Unsecured | Unsecured deficiency balance | $0.00 | $4,642.79 | $4,642.79 |
| 8 300 7100 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Unsecured | Unsecured deficiency balance | $0.00 | $2,058.83 | $2,058.83 |
| 9 300 7100 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Unsecured | Unsecured deficiency balance | $0.00 | $10,307.00 | $10,307.00 |
| 10 300 7100 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. C/O WELTMAN, WEINBERG & REIS CO. LPA 323 W. LAKESIDE AVE. STE. 200 CLEVELAND, OH 44113 | Unsecured | Unsecured deficiency balance | $0.00 | $6,941.03 | $6,941.03 |
| 12 300 7100 | INNOVATIVE PACKAGING, INC. 1851 HICKS ROAD, SUITE C ROLLING MEADOWS, IL 60008 | Unsecured | | $0.00 | $1,005.60 | $1,005.60 |
| 13 300 7100 | INTEGRITY TRADE SERVICES, LLC 10055 W. LINCOLN HWY FRANKFORT, IL 60423 | Unsecured | | $0.00 | $2,421.70 | $2,421.70 |
| 16 300 7100 | CENTRAL STATES,SOUTHEAST & SOUTHWEST AREAS PENSION FUND C/O ANDREW SPRAU 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Unsecured | Claim subordinated per Court Order Dkt. No. 152 | $0.00 | $2,766,283.77 | $0.00 |
| 17 300 7100 | CENTRAL STATES,SOUTHEAST & SOUTHWEST AREAS PENSION FUND C/O ANDREW SPRAU 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Unsecured | Claim subordinated per Court Order Dkt. No. 152 | $0.00 | $1,896,381.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 21)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-04964

Debtor Name: Fulton Market Cold Storage Company, L.L.C.

Claims Bar Date: 9/4/2018

Date: November 30, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18<br>300<br>7100 | CENTRAL STATES PENSION<br>FUND<br>ANDREW SPRAU<br>9377 W HIGGINS ROAD<br>DES PLAINES, IL 60018 | Unsecured | Claim subordinated per Court Order Dkt. No. 152 | $0.00 | $4,329,548.56 | $0.00 |
| 19<br>300<br>7100 | BB&T COMMERCIAL<br>EQUIPMENT CAPITAL<br>FINANCE-SUSQUEHANNA<br>BRANCH BANKING & TRUST<br>COMPANY<br>PO BOX 1847<br>00-50-01-51<br>WILSON, NC 27894-1847 | Unsecured | | $0.00 | $5,800.80 | $5,800.80 |
| 20<br>300<br>7100 | 6800 SANTA FE LLC<br>C/O MICHAEL K DESMOND<br>10 S LASALLE ST.<br>SUITE 3600<br>CHICAGO IL 60603 | Unsecured | | $0.00 | $1,671,480.05 | $1,671,480.05 |
| 21-A<br>300<br>7100 | INTERNATIONAL<br>BROTHERHOOD OF<br>TEAMSTERS, LOCAL 781<br>C/O BAUM SIGMAN<br>AUERBACH & NEUMAN, LTD.<br>200 W. ADAMS ST., STE. 2200<br>CHICAGO, IL 60606 | Unsecured | Split claim for Unsecured General Portion of Claim 21. | $0.00 | $3,776.00 | $3,776.00 |
| 22-A<br>300<br>7100 | MISCELLANEOUS<br>WAREHOUSEMEN"S LOCAL<br>781<br>HEALTH & WELFARE FUND<br>PATRICK N RYAN<br>200 W. ADAMS STREET, SUITE<br>2200<br>CHICAGO, IL 60606 | Unsecured | Split claim for Unsecured General Portion of Claim 22. | $0.00 | $169,762.34 | $169,762.34 |
| 23-1<br>300<br>7100 | JOSEPH STEVEN TUCKER<br>JOSEPH TUCKER<br>15229 SEQUOIA ST<br>OAK FOREST IL 60452 | Unsecured | $643 for vacation , $1250 for severance | $0.00 | $1,893.00 | $1,893.00 |
| 24-1<br>300<br>7100 | MARTIN SOTO<br>2422 W 46TH PL<br>CHICAGO IL 60632 | Unsecured | severance pay | $0.00 | $1,250.00 | $1,250.00 |
| 25-A<br>300<br>7100 | CHILL LL, LLC<br>C/O CLINGEN CALLOW &<br>MCLEAN, LLC/ TIM MC<br>2300 CABOT DRIVE, STE. 500<br>LISLE, IL 60532 | Unsecured | Split claim for Unsecured General Portion of Claim 25. | $0.00 | $2,369,575.16 | $2,369,575.16 |

UST Form 101-7-TFR (5/1/2011) *(Page: 22)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-04964

Debtor Name: Fulton Market Cold Storage Company, L.L.C.

Claims Bar Date: 9/4/2018

Date: November 30, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 26 300 7100 | HB LYONS COLD STORAGE, LLC AS SUCCESSOR TO WB LYONS COLD STORAGE, L C/O CLINGEN CALLOW & MCLEAN/ TIM MCLEAN 2300 CABOT DR., STE 500 LISLE, IL 60532 | Unsecured | | $0.00 | $666,053.16 | $666,053.16 |
| 27-1 300 7100 | MANUEL ORTIZ 5304 SOUTH ARTESIAN AVENUE CHICAGO, IL 60632-1529 | Unsecured | $1478.24 for vacation pay and $1250 for severance  and $49.32 for sick pay | $0.00 | $2,777.56 | $2,777.56 |
| 28 300 7100 | AJC INTERNATIONAL INC. 1000 ABERNATHY ROAD SUITE 600 ATLANTA, GA 30328 | Unsecured | | $0.00 | $318,401.13 | $318,401.13 |
| 29-1 300 7100 | ROBERT EVENER 224 MICHIGAN ST PORTER, IN 46304 | Unsecured | $1,991 vacation pay, $1,250 severance pay, $282.21 sick pay | $0.00 | $3,523.21 | $3,523.21 |
| 30-1 300 7100 | PETER M HAWRYLUK 3951 N PACIFIC CHICAGO IL 60634 | Unsecured | $1,250.00 severance & $575.28ck pay | $0.00 | $1,825.28 | $1,825.28 |
| 2 400 4110 | USB LEASING LT C/O U.S. BANK NATIONAL ASSOCIATION BANKRUPTCY DEPARTMENT PO BOX 5229 CINCINNATI, OHIO 45201-5229 | Secured | | $0.00 | $4,891.20 | $4,891.20 |
| 14 999 2990 | CENTRAL STATES, SOUTHEAST & SOUTHWEST <B>(ADMINISTRATIVE)</B> AREAS PENSION FUND C/O ANDREW SPRAU 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Administrative | Claim subordinated per order [Dkt. 152] | $0.00 | $11,110.57 | $11,110.50 |
| | Case Totals | | | $0.00 | $15,010,946.13 | $5,992,759.16 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: November 30, 2021

UST Form 101-7-TFR (5/1/2011) *(Page: 23)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-04964
Case Name: Fulton Market Cold Storage Company, L.L.C.
Trustee Name: N. Neville Reid, Trustee

Balance on hand                                    $        251,977.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | USB LEASING LT | $   4,891.20 | $   4,891.20 | $   0.00 | $   0.00 |

Total to be paid to secured creditors            $            0.00

Remaining Balance                                $        251,977.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $   21,519.88 | $   0.00 | $   21,519.88 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $   117,161.00 | $   79,904.00 | $   37,257.00 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $   4,107.34 | $   3,307.06 | $   800.28 |
| Accountant for Trustee Fees: Alan D Lasko & Associates PC | $   12,416.50 | $   12,416.50 | $   0.00 |
| Other: Allen Hobbs | $   9,450.47 | $   9,450.47 | $   0.00 |
| Other: CENTRAL STATES, SOUTHEAST & SOUTHWEST | $   11,110.50 | $   0.00 | $   0.00 |
| Other: CHICAGO RECORDS MANAGEMENT | $   4,353.15 | $   4,353.15 | $   0.00 |
| Other: Kutchins, Robbins & Diamond Ltd | $   8,652.50 | $   0.00 | $   8,652.50 |
| Other: Kutchins, Robbins & Diamond Ltd | $   20.00 | $   0.00 | $   20.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: OFFICE OF THE U.S. TRUSTEE | $ 4,875.00 | $ 0.00 | $ 4,875.00 |

Total to be paid for chapter 7 administrative expenses          $          73,124.66

Remaining Balance          $          178,852.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Other Operating Expenses: INTERNAL REVENUE SERVICE | $ 192.30 | $ 0.00 | $ 128.77 |
| Other Prior Chapter Administrative Expenses: TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | $ 20,333.14 | $ 0.00 | $ 13,615.08 |
| Prior Chapter Other Operating Expenses: JOSEPH STEVEN TUCKER | $ 565.18 | $ 0.00 | $ 378.45 |
| Prior Chapter Other Operating Expenses: MARTIN SOTO | $ 712.36 | $ 0.00 | $ 477.00 |
| Prior Chapter Administrative Rent: CHILL LL, LLC | $ 197,642.91 | $ 0.00 | $ 132,342.00 |
| Prior Chapter Other Operating Expenses: MANUEL ORTIZ | $ 1,298.85 | $ 0.00 | $ 869.72 |
| Prior Chapter Other Operating Expenses: PETER M HAWRYLUK | $ 427.73 | $ 0.00 | $ 286.41 |
| Prior Chapter Other State or Local Taxes: ILLINOIS DEPARTMENT OF REVENUE | $ 328.94 | $ 0.00 | $ 220.26 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm): JMH Legal Group | $ 395.00 | $ 0.00 | $ 264.49 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): JMH Legal Group | $ 45,207.00 | $ 0.00 | $ 30,270.68 |

Total to be paid for prior chapter administrative expenses          $          178,852.86

Remaining Balance          $          0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $72,289.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | JOSEPH STEVEN TUCKER | $        1,847.75 | $        0.00 | $        0.00 |
| 24 | MARTIN SOTO | $          518.94 | $        0.00 | $        0.00 |
| 27 | MANUEL ORTIZ | $        2,238.75 | $        0.00 | $        0.00 |
| 29 | ROBERT EVENER | $        1,293.48 | $        0.00 | $        0.00 |
| 30 | PETER M HAWRYLUK | $          282.48 | $        0.00 | $        0.00 |
| 1 | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $        7,360.30 | $        0.00 | $        0.00 |
| 15 | CENTRAL STATES,SOUTHEAST & SOUTHWEST | $            0.00 | $        0.00 | $        0.00 |
| 21 | INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 781 | $        5,650.11 | $        0.00 | $        0.00 |
| 22 | MISCELLANEOUS WAREHOUSEMEN"S LOCAL 781 | $      53,097.34 | $        0.00 | $        0.00 |

Total to be paid to priority creditors          $_____0.00

Remaining Balance          $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,455,001.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-A | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $ 100.00 | $ 0.00 | $ 0.00 |
| 3 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | $ 119,791.64 | $ 0.00 | $ 0.00 |
| 4 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | $ 73,266.98 | $ 0.00 | $ 0.00 |
| 5 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | $ 6,093.52 | $ 0.00 | $ 0.00 |
| 6 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | $ 12,254.58 | $ 0.00 | $ 0.00 |
| 7 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | $ 4,642.79 | $ 0.00 | $ 0.00 |
| 8 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | $ 2,058.83 | $ 0.00 | $ 0.00 |
| 9 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | $ 10,307.00 | $ 0.00 | $ 0.00 |
| 10 | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. | $ 6,941.03 | $ 0.00 | $ 0.00 |
| 12 | INNOVATIVE PACKAGING, INC. | $ 1,005.60 | $ 0.00 | $ 0.00 |
| 13 | INTEGRITY TRADE SERVICES, LLC | $ 2,421.70 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | CENTRAL STATES,SOUTHEAST & SOUTHWEST | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | CENTRAL STATES,SOUTHEAST & SOUTHWEST | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | CENTRAL STATES PENSION FUND | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | BB&T COMMERCIAL EQUIPMENT CAPITAL | $ 5,800.80 | $ 0.00 | $ 0.00 |
| 20 | 6800 SANTA FE LLC | $ 1,671,480.05 | $ 0.00 | $ 0.00 |
| 21-A | INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 781 | $ 3,776.00 | $ 0.00 | $ 0.00 |
| 22-A | MISCELLANEOUS WAREHOUSEMEN"S LOCAL 781 | $ 169,762.34 | $ 0.00 | $ 0.00 |
| 23-1 | JOSEPH STEVEN TUCKER | $ 1,893.00 | $ 0.00 | $ 0.00 |
| 24-1 | MARTIN SOTO | $ 1,250.00 | $ 0.00 | $ 0.00 |
| 25-A | CHILL LL, LLC | $ 2,369,575.16 | $ 0.00 | $ 0.00 |
| 26 | HB LYONS COLD STORAGE, LLC | $ 666,053.16 | $ 0.00 | $ 0.00 |
| 27-1 | MANUEL ORTIZ | $ 2,777.56 | $ 0.00 | $ 0.00 |
| 28 | AJC INTERNATIONAL INC. | $ 318,401.13 | $ 0.00 | $ 0.00 |
| 29-1 | ROBERT EVENER | $ 3,523.21 | $ 0.00 | $ 0.00 |
| 30-1 | PETER M HAWRYLUK | $ 1,825.28 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____0.00

Remaining Balance    $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE